UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLARENCE WESLEY HURT, III,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SPOKANE COUNTY SHERIFF'S DEPARTMENT and SPOKANE COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　　　Defendants. | NO.  CV-08-361-RHW<br><br>ORDER STRIKING MOTIONS FOR INJUNCTIVE RELIEF |

　　　BEFORE THE COURT are Plaintiff's documents titled, "Restraining Order in Civil Case," (Ct. Rec. 3), "Motion of Restoring Prisoner Rights," (Ct. Rec. 7), "Motion: Medical care to be Order," (Ct. Rec. 17), as well as untitled documents requesting injunctive relief at the Spokane County and Benton County Jails (Ct. Recs. 18 and 19).  The court has liberally construed each of these documents as Motions for Injunctive Relief.

**LOCAL COURT RULE 7.1**

　　　Plaintiff failed to note any of these motions for calendar (and he did not present memoranda in support of his motions) as required by Local Rule for the Eastern District of Washington 7.1(h).  Because Plaintiff is proceeding *pro se* in this action, the Court has noted his motions for hearing without oral argument on the date signed below.

ORDER STRIKING MOTIONS FOR INJUNCTIVE RELIEF -- 1

**PLAINTIFF IS CAUTIONED THAT ANY FURTHER MOTIONS SUBMITTED TO THE COURT WITHOUT NOTING THEM FOR HEARING IN COMPLIANCE WITH THE LOCAL RULES WILL NOT BE ADDRESSED BY THE COURT.**

Regardless, this court has no jurisdiction to address Plaintiff's motions until he has filed a legally sufficient complaint. *See generally* Fed. R. Civ. P. 3 and the notes following the rule. Furthermore, Defendants are not parties to a suit before being served with process, *see Neals v. Norwood*, 59 F.3d 530, 532 (5th Cir. 1995). Accordingly, **IT IS ORDERED** Plaintiff's Motions (Ct. Recs. 3, 7, 17, 18, and 19) are **STRICKEN**.

Plaintiff is advised if he wishes to complain of alleged constitutional violations which have occurred after he submitted his initial complaint with this court on November 17, 2008, he may file a separate action, once he has fully exhausted his available state court remedies. This court is without jurisdiction to address his concerns at this time.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff at his last known address.

**DATED** this 20TH day of January 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER STRIKING MOTIONS FOR INJUNCTIVE RELIEF -- 2