UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLARENCE WESLEY HURT, III,<br><br>          Plaintiff,<br><br>     vs.<br><br>SPOKANE COUNTY SHERIFF'S DEPARTMENT and BENTON COUNTY SHERIFF'S DEPARTMENT,<br><br>          Defendants. | NO.  CV-08-361-RHW<br><br>ORDER DISMISSING COMPLAINT<br><br>**1915(g)** |

By Order filed January 20, 2009 (Ct. Rec. 25), the court advised Mr. Hurt of the deficiencies of his complaint and directed him to amend or voluntarily dismiss within sixty (60) days.  Specifically, the court noted Plaintiff's accusations against unspecified individuals on unspecified dates failed to state a claim upon which relief could be granted.  Plaintiff also failed to allege facts from which the court could infer the two named Defendants engaged in a pattern or practice that resulted in the deprivation of his constitutional rights.  *See Gobel v. Maricopa County*, 867 F.2d 1201, 1206-09 (9th Cir. 1989).

   The court cautioned Mr. Hurt that failure to amend to cure these deficiencies would result in dismissal of the action and may affect his future ability to file actions *in forma pauperis*.  Although

ORDER DISMISSING COMPLAINT -- 1

granted the opportunity to do so, Mr. Hurt did not amend his complaint to state a claim upon which relief may be granted. Since February 1, 2009, Mr. Hurt has filed nothing further in this action. Accordingly, for the reasons set forth above and in the Order filed January 20, 2009, **IT IS ORDERED** the complaint is **DISMISSED with prejudice** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).  All pending motions are **DENIED as moot.**

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g). **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915.  This dismissal of Plaintiff's complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file.  The District Court Executive is further directed to forward a copy of this Order to the

*///*

*///*

*///*

*///*

*///*

ORDER DISMISSING COMPLAINT -- 2

Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this 9th day of April, 2009.

*S/ Robert H. Whaley*

ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT -- 3