UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLARENCE WESLEY HURT, III,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SPOKANE COUNTY SHERIFF'S DEPARTMENT and SPOKANE COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　Defendants. | NO. CV-08-361-RHW<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

　　　Before the Court is Petitioner's handwritten letter, which has been construed as a motion for reconsideration (Ct. Rec. 41). Because this motion was filed more than ten days after the entry of judgment dismissing Petitioner's Petition for Writ of Habeas Corpus, it is untimely and cannot be considered under Fed. R. Civ. Pro. 59(e). The Court thus construes Petitioner's motion as a Motion for Relief from a Final Judgment under Fed. R. Civ. Pro. 60(b). Petitioner argues that the Court's order to amend or voluntarily dismiss his complaint was erroneous because requiring Petitioner to name all Defendants in the caption of his complaint is contrary to Supreme Court precedent, citing *Jones v. Bock*, 549 U.S. 199 (2007). *Jones* deals with exhaustion requirements under the Prison Litigation Reform Act, and is inapposite here. Because the motion fails to present any new evidence, identify a change in controlling law, or identify any clear error in this Court's entry of judgment, reconsideration is unnecessary. *See, e.g., Nunes v. Ashcroft,* 375 F.3d 805, 808 (9th Cir. 2004).

///

**ORDER DENYING MOTION FOR RECONSIDERATION** * 1

1
2   Accordingly, **IT IS HEREBY ORDERED** that Petitioner's Motion for
3   Reconsideration (Ct. Rec. 38) is **DENIED.**
4       **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
5   Order and forward a copy to Petitioner.
6       **DATED** this 22nd day of June, 2009.
7                    *S/ Robert H. Whaley*
8                    ROBERT H. WHALEY
                     Chief United States District Judge
9
10
11
12
13  Q:\CIVIL\2008\Hurt\deny.motion.reconsider.ord.wpd
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER DENYING MOTION FOR RECONSIDERATION** * 2